## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: )
)  Case No. 89-01438
Kenyon Home Furnishings )
)  Chapter: 7
Debtor(s) )
)

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

1. A dividend check in the amount of $9,074.81 was issued by the trustee to Ragan Hardware Company, claimant in the above referenced case.

2. The dividend check was not negotiated by the claimant. Therefore, the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk of the U.S. Bankruptcy Court of the Middle District of North Carolina. The United States Treasury is currently holding these funds.

3. The claimant's currant address and telephone number are:

   Reorganized Cone Mills Corporation
   Michael R. D'Appolonia - President, Sole Officer and Sole Director
   2100 Rivoli Ct
   Naples, FL 34105
   Telephone number: 207-838-3539

4. The claimant's social security or tax identification number is provided to the court on Exhibit A.

5. The claimant did not receive or negotiate the dividend check for the following reason(s):
   At the time of the above captioned case, Ragan Hardware Company had an address at 1201 Maple St., Greensboro, NC 27405. This address is evidenced by exhibit B. Ragan Hardware Company changed its name to Cone Mills International Corporation, as evidenced by exhibit C. Cone Mills International Corporation is a wholly owned subsidiary of Cone Mills Corporation, as evidenced by exhibit D. Cone Mills Corporation merged into Reorganized Cone Mills Corporation, as evidenced by exhibit E. Michael D'Appolonia is the Sole Officer and Sole Director of Reorganized Cone Mills Corporation, as evidenced by exhibit F.

6. Applicant is a 'funds locator' who has been retained by the creditor. Application has obtained an original Power of Attorney from the individual creditor or the duly authorized representative for the business or corporation names as the creditor in the order depositing funds into the court. To the best of my knowledge, no other party is entitled to these funds. Proof of claimants' identity is attached.

   Wherefore, the claimant requests that the court issue an order directing the Clerk to make disbursement of said Unclaimed Funds for the benefit of the claimant c/o Dilks & Knopik, LLC.

Dated: July 30, 2010        Respectfully Submitted: _____
                                                    Brian J. Dilks, Manager
                                                    Dilks & Knopik, LLC, Attorney in Fact for
                                                    **Reorganized Cone Mills Corporation**
                                                    1760 Newport Way NW
                                                    Issaquah, WA 98027
                                                    425-836-5728


On __7/30/10__ before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Dilks, Notary Public
[Seal]   for the State of Washington, County of King
My Commission Expires: July 29, 2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: )
)  Case No. 89-01438
Kenyon Home Furnishings )
)  Chapter: 7
Debtor(s) )
)

### CERTIFICATE OF SERVICE

The undersigned, Brian J. Dilks, Member of Dilks & Knopik, LLC, of 1760 Newport Way NW, Issaquah, WA 98027, hereby certifies:

That I am, and at all times hereinafter mentioned, more than 18 years of age, and that on July 30, 2010, I served a copy of the foregoing Application for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail or Electronic Mail:.

U.S. Attorney for the Middle District of NC
PO Box 1858
Greensboro, NC 27402

Charles M. Ivey, III
Case Trustee
jlh@imgt-law.com

Kenyon Home Furnishings
P.O. Box 1369
High Point, NC 27260

Attorney for the debtor
N/A: filed Pro Se

Dated: July 30, 2010            Respectfully Submitted: _____
                                                        Brian J. Dilks, Manager
                                                        Dilks & Knopik, LLC, Attorney in Fact for
                                                        **Reorganized Cone Mills Corporation**
                                                        1760 Newport Way NW
                                                        Issaquah, WA 98027
                                                        425-836-5728

On 7/30/10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Dilks, Notary Public
for the State of Washington, County of King
My Commission Expires: July 29, 2014

# DILKS & KNOPIK, LLC

"When Success Matters"

July 30, 2010

United State Bankruptcy Court
Middle District of North Carolina
Attn: Finance Dept
PO Box 26100
Greensboro, NC 27402-6100

RE: Application for the Release of Unclaimed Funds

Dear Sir or Madam:

I am applying to the US Bankruptcy Court, Middle District of North Carolina for the release of the unclaimed monies due and owing to Ragan Hardware Company for the amount of $9,074.81. This is from the Bankruptcy of Kenyon Home Furnishings and Case No. 89-01438.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Manager

1760 Newport Way NW
PO Box 2728
Issaquah, WA 98027

Phone (425) 836-5728
Fax (425) 650-9930
Email admin@dilksknopik.com

www.dilksknopik.com