SO ORDERED.

SIGNED this 30th day of April, 2014.



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                  )
                                        )
EBW LASER, INC.,                        )     Case No. 05-10220
                                        )
           Debtor(s)                    )
_____)

### ORDER FOR BANK TO STOP PAYMENT AND TRUSTEE TO PAY DIVIDEND INTO U.S. TREASURY

It appearing that a dividend and/or other monies have remained unclaimed in the above estate for longer than ninety (90) days after the final dividend was declared and distributed; and for good cause shown,

IT IS ORDERED that Rabobank, NA, the bank on which these checks are drawn, immediately stop payment on the check described below (Account No. 5002808365) and that the bank acknowledge stop payment within seven (7) days from this date:

| CHECK NO. | CHECK DATE | CLAIM NO. | CLAIMANT NAME & ADDRESS | AMOUNT |
|---|---|---|---|---|
| 21031 | 1/15/2014 | 15 | AMO USA, INC.<br>fka Visx, Inc.<br>3400 Central Expressway<br>Santa Clara, CA 95051-0703 | $ 12,394.09 |

IT IS FURTHER ORDERED that Charles M. Ivey, III, Trustee in the above named case, issue a check for payment of the dividend into the Clerk's Office, U. S. Bankruptcy Court to be paid into the U.S. Treasury.

IT IS FURTHER ORDERED that the Trustee file a Supplemental Report to the Court within ten (10) days from this date.

END OF DOCUMENT

EBW Laser, Inc.
05-10220

Parties to be Served:

William P. Miller, Esq.  
U.S. Bankruptcy Administrator          Via ECF

Charles M. Ivey, III  
Chapter 7 Trustee                      Via ECF

Jennifer A. Ledford, Esq.  
Attorney for Plaintiff                 Via ECF

AMO USA, Inc.  
fka Visx, Inc.  
3400 Central Expressway  
Santa Clara, CA 95051-0703